ORIGINAL

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| SHAWN HARVEY and<br>WAYNE HARVEY,<br><br>        Plaintiffs,<br>vs.<br><br>TOYS "R" US - DELAWARE, INC.,<br><br>        Defendant. | CIVIL ACTION<br><br>FILE NO. 4:06-cv-00171-BAE |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Come now, the parties to the above-entitled action, by and through their respective counsel, and pursuant to Fed.R.Civ.P. 41(a)(1)(ii) hereby stipulate to the dismissal with prejudice of this lawsuit. Each side will bear its own costs.

So stipulated this 11th day of June, 2007.

**LEWIS OWENS & MULHERIN**

_____
Wilbur D. Owens, III, Esq.
Georgia Bar No. 557810
Lewis Owens & Mulherin
P.O. Box 13368
Savannah, Georgia 31416
Counsel for Plaintiffs,
Shawn and Wayne Harvey

**HAWKINS & PARNELL, LLP**

_____
Warner S. Fox
Georgia Bar No. 272654
C. Shane Keith
Georgia Bar No. 411317
Hawkins & Parnell, LLP
4000 SunTrust Plaza
303 Peachtree Street, N.E.
Atlanta, Georgia 30308-3243
Counsel for Defendant,
Toys "Я" Us - Delaware, Inc.

Approved: _____
U.S. District Judge

45